IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTOINE LADELL WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-0605-WS-M |
| EDWARD MCQUEEN, et al., | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 31st day of October, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE