IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTOINE LADELL WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 16-0605-WS-M |
| EDWARD MCQUEEN, et al., | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 31st day of October, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE